IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELANEY G MARKS,                          No C-10-2869 VRW (PR)

        Plaintiff,

     v                                    ORDER OF DISMISSAL

D L GLAZE, et al,

        Defendant(s).
_____/

On June 29, 2010, plaintiff, a condemned prisoner incarcerated at San Quentin State Prison, filed a letter with the court. Doc #1. The court clerk notified plaintiff in writing at that time that because he neither filed a formal civil rights complaint under 42 USC § 1983 using the court-approved form nor did he pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official, the action was deficient. See 28 USC § 1915(a)(2). Plaintiff was advised that

failure to file the requested items within thirty (30) days would result in dismissal of the action.  Doc ## 2 & 3.

Over forty days have elapsed since plaintiff was notified of his filing deficiencies; however, he has neither provided the court with the requisite items nor filed a request for an extension of time to do so.  The action, therefore, is DISMISSED without prejudice.

The clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.10\Marks-10-2869-no complaint-no ifp-dismissal.wpd

**2**